**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CONNER JOHN GLENDENNING,**<br><br>**Defendant.** | **CR 26-34-BLG-SPW**<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture (Doc. 27) pursuant to Fed. R. Crim. P. 32.2(b).

Defendant Conner John Glendenning has been adjudged guilty of *Receipt of a Firearm while under Felony Information*, in violation of 18 U.S.C. § 922(n), as charged in Counts 1 and 2 of the Indictment (Doc. 3). For such violations, the Defendant also admitted the Indictment's asset forfeiture allegation pursuant to 18 U.S.C. § 924(d).

The evidence set forth in the Offer of Proof (Doc. 24) filed by the United States, in conjunction with the Defendant's guilty plea (Doc. 25), provide a factual basis and cause to issue this Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b).

Accordingly, IT IS ORDERED that:

1. The United States' Motion for Preliminary Order of Forfeiture (Doc. 27) is GRANTED;

2. Defendant Conner John Glendenning's interest in the following property is forfeited pursuant to 18 U.S.C. § 924(d):

   a. Heckler and Koch, model VP9 SK, 9mm caliber pistol, S/N: 232-039708; and
   b. Any associated accessories and ammunition, including 10 rounds of assorted 9mm caliber ammunition.

3. The Bureau of Alcohol, Tobacco, Firearms, and Explosives, or a designated custodian, are directed to seize and/or maintain custody of this property subject to forfeiture and further to make a return as provided by law;

4. The United States will provide written notice to any third party with a potential legal interest in the above-described property, and will also post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of this Preliminary Order of Forfeiture and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed; and

5. Upon adjudication of any third-party interests, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(c), in which all such interests will be addressed.

DATED this 24th day of August, 2026.

Susan P. Watters

SUSAN P. WATTERS
United States District Court Judge